USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/25/2025__

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

__Jeffrey Simpson et al.__
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:25 CV 02372 ( )( )

-against-

**NOTICE OF APPEAL**

__Jared Chassen et al.__

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: __Jeffrey Simpson & JJ Arch LLC__

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: __4/25/25__
(date that judgment or order was entered on docket)

that: __Removal action dismissed for failure to pay filing fee by 4/24/25__

(If the appeal is from an order, provide a brief description above of the decision in the order.)

__4/25/25__                          __[Signature]__
Dated                                Signature*

__Simpson, Jeffrey__
Name (Last, First, MI)

__1055 Park Ave__, __New York__, __NY__, __10028__
Address          City       State    Zip Code

__646-753-2872__                     __Jsimpson001@icloud.com__
Telephone Number                     E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF,PRO−SE,SUA−SPONTE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:25−cv−02372−LTS

| | |
|---|---|
| Simpson et al v. Chassen et al<br>Assigned to: Judge Laura Taylor Swain<br>Cause: 28:1441nr Notice of Removal | Date Filed: 03/20/2025<br>Date Terminated: 04/25/2025<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Jeffrey Simpson**
*individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC*

represented by **Jeffrey Simpson**
1055 Park Avenue
New York, NY 10028
PRO SE

**Plaintiff**

**JJ Arch LLC**

represented by **JJ Arch LLC**
PRO SE

V.

**Defendant**

**Jared Chassen**

represented by **Allen Schwartz**
Schwartz Law PLLC
150 Broadway
Ste 900
New York, NY 10038
347−460−5379
Email: allen@allenschwartzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**First Republic Bank**

**Defendant**

**Arch Real Estate Holdings LLC**

represented by **Jonathan T. Koevary**
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019
(212) 451−2300
Fax: (212) 451−2222
Email: jkoevary@olshanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**608941 NJ INC.**

represented by **Leslie C Thorne**
Haynes and Boone, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
512−867−8445
Fax: 512−867−8470
Email: leslie.thorne@haynesboone.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Aishlinn R Bottini**
Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
212−659−4994
Email: aishlinn.bottini@haynesboone.com
*ATTORNEY TO BE NOTICED*

**Receiver**

**Eric M. Huebscher**     represented by     **Martin G. Bunin**
FARRELL FRITZ, P.C.
622 Third Avenue, Suite 37200
New York, NY 10017
212−687−1230
Fax: 646−329−1992
Email: mbunin@farrellfritz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2025 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 158055/2023. Document filed by Jeffrey Simpson. (Attachments: # 1 Exhibit − Main Document) (sac) (Additional attachment(s) added on 3/21/2025: # 2 Exhibit − Main Document) (sac). (Entered: 03/21/2025) |
| 03/20/2025 | | Case Designated ECF. (sac) (Entered: 03/21/2025) |
| 03/21/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (sac) (Entered: 03/21/2025) |
| 03/21/2025 | 2 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 03/18/2024) (sac) (Entered: 03/21/2025) |

| | | |
|---|---|---|
| 03/21/2025 | 3 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 158055–2023. Document filed by Jeffrey Simpson. (jjc) (Entered: 03/24/2025) |
| 03/24/2025 | | MAILING RECEIPT: Document No: 2. Mailed to: Jeffrey Simpson 1055 Park Avenue New York, NY 10028. (ak) (Entered: 03/24/2025) |
| 03/24/2025 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 03/24/2025) |
| 03/24/2025 | 4 | EMERGENCY LETTER MOTION for Conference re: 3 Notice of Removal, 1 Notice of Removal, addressed to Judge Laura Taylor Swain from Allen Schwartz dated March 24, 2025. Document filed by Jared Chassen. (Attachments: # 1 Exhibit March 11, 2025 Receiver Order, # 2 Exhibit March 20, 2025 Letter from Simpson to Commercial Division, # 3 Exhibit March 20, 2025 Letter from Simpson to Commercial Division, # 4 Exhibit March 24, 2025 Letter from Jeffrey Simpson to Commercial Division, # 5 Exhibit Simpson's Complaint, # 6 Exhibit Chassen's Second Amended Counterclaims).(Schwartz, Allen) (Entered: 03/24/2025) |
| 03/24/2025 | 6 | LETTER from Jeffrey Simpson dated 3/24/2025 re: I advised this Court that all 3 actions in front of Judge Joel Cohen have been removed to the Federal Court SDNY as of 3.18.25. Document filed by Jeffrey Simpson..(nd) (Entered: 03/25/2025) |
| 03/24/2025 | 7 | NOTICE OF REMOVAL EXHIBIT A SUPPLEMENTAL SUBMISSION – March 24th, 2025. from Supreme Court, County of New York. Case Number: 158055–2023. Document filed by Jeffrey Simpson.(ar) (Entered: 03/25/2025) |
| 03/25/2025 | 5 | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION: Plaintiff is directed to render payment of the filing fee or submit an IFP application to this Court's *Pro Se* Office within thirty (30) days of the date of this Order. The Clerk of Court is directed to assign this matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Filing Fee due by 4/24/2025. In Forma Pauperis (IFP) Application due by 4/24/2025. (Signed by Judge Laura Taylor Swain on 3/25/2025) (sac) (Entered: 03/25/2025) |
| 03/25/2025 | | MAILING RECEIPT: Document No: 5. Mailed to: JJArchLLC ; Jeffrey Simpson 1055 Park Avenue New York, NY 10028. (sac) (Entered: 03/25/2025) |
| 04/02/2025 | 8 | CERTIFICATE OF SERVICE of Emergency Letter Motion for Conference with Attachments served on Jeffrey Simpson and JJ Arch LLC on March 26, 2025. Service was made by Mail. Document filed by Jared Chassen..(Schwartz, Allen) (Entered: 04/02/2025) |
| 04/04/2025 | 9 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Jared Chassen..(Schwartz, Allen) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 04/04/2025) |
| 04/04/2025 | 10 | MEMORANDUM OF LAW in Support re: 9 Proposed Order to Show Cause Without Emergency Relief . Document filed by Jared Chassen..(Schwartz, Allen) (Entered: 04/04/2025) |
| 04/04/2025 | 11 | DECLARATION of Allen Schwartz in Support re: 9 Proposed Order to Show Cause Without Emergency Relief. Document filed by Jared Chassen. (Attachments: # 1 Exhibit March 11, 2025 Order Appointing Temporary Receiver, # 2 Exhibit March 24, 2025 Letter filed on NYSCEF by Jeffrey Simpson to the Honorable Justice Joel M. Cohen, # 3 Exhibit March 28, 2025 Email from Jeffrey Simpson to Lender, # 4 Exhibit March 28, 2025 Letter from Allen Schwartz, Esq. to Robert Lorenc, Esq. and Jeffrey Simpson, # 5 Exhibit March 28, 2025 Email from Jeffrey Simpson to Allen Schwartz, Esq., # 6 Exhibit February 9, 2025 Email from Jeffrey Simpson to the Honorable Justice Joel M. Cohen, # 7 Exhibit February 7, 2025 Order to Show Cause, # 8 Exhibit February 19, 2025 Decision and Order Denying Motion to Withdraw as Counsel without Prejudice, # 9 Exhibit March 8, 2025 Decision and Order Granting Receiver Motion, # 10 Exhibit March 5, 2025 Hearing Transcript, # 11 Exhibit Ex Parte March 20, 2025 Emails from Jeffrey Simpson filed to NYSCEF by the Court in connection with Court Notice, # 12 Exhibit March 20, 2025 Letter filed on NYSCEF by Jeffrey Simpson to the Honorable Justice Joel M. Cohen, # 13 Exhibit March 20, 2025 Email |

| | | |
|---|---|---|
| | | to Judge Koeltl from Jeffrey Simpson filed on NYSCEF by Jeffrey Simpson, # 14 Exhibit March 20, 2025Letter filed on NYSCEF by Jeffrey Simpson to the Honorable Justice Joel M. Cohen, # 15 Exhibit Oak Intervenor Complaint).(Schwartz, Allen) (Entered: 04/04/2025) |
| 04/04/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 9 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (km) (Entered: 04/04/2025) |
| 04/10/2025 | | ***DELETED DOCUMENT. Deleted document number 14 LETTER. The document was incorrectly filed in this case. (nb) (Entered: 04/14/2025) |
| 04/11/2025 | 12 | JOINDER to join re: 9 Proposed Order to Show Cause Without Emergency Relief, 11 Declaration in Support,,,,, 10 Memorandum of Law in Support . Document filed by Eric M. Huebscher. (Attachments: # 1 Exhibit Declaration of Eric M. Huebscher in Support of Motion to Remand, # 2 Exhibit A – Order Appointing Temporary Reciever, # 3 Exhibit B – Letter to Allen Schwartz, dated March 26, 2025, # 4 Exhibit C – E−mail from Jeffrey Simpson, dated April 9, 2025, # 5 Exhibit D – Southampton Town Police Department Incident Report).(Bunin, Martin) (Entered: 04/11/2025) |
| 04/11/2025 | 13 | AFFIDAVIT OF SERVICE of Joinder, Declaration, and Supporting Documents served on Jeffrey Simpson on 04/11/2025. Service was made by Mail. Document filed by Eric M. Huebscher..(Bunin, Martin) (Entered: 04/11/2025) |
| 04/14/2025 | 14 | JOINDER to join re: 11 Declaration in Support,,,,, 9 Proposed Order to Show Cause Without Emergency Relief, 10 Memorandum of Law in Support . Document filed by 608941 NJ INC...(Thorne, Leslie) (Entered: 04/14/2025) |
| 04/15/2025 | 15 | LETTER MOTION for Conference re: 12 Joinder,, 9 Proposed Order to Show Cause Without Emergency Relief, 13 Affidavit of Service Other, 11 Declaration in Support,,,,, 10 Memorandum of Law in Support addressed to Judge Laura Taylor Swain from Martin G. Bunin dated April 15, 2025. Document filed by Eric M. Huebscher..(Bunin, Martin) (Entered: 04/15/2025) |
| 04/16/2025 | 16 | JOINDER to join re: 11 Declaration in Support,,,,, 9 Proposed Order to Show Cause Without Emergency Relief, 10 Memorandum of Law in Support *ARCH REAL ESTATE HOLDINGS LLCS JOINDER TO JARED CHASSENS ORDER TO SHOW CAUSE SEEKING AN ORDER REMANDING THIS PROCEEDING, AWARDING COSTS AND FEES PURSUANT TO 28 U.S.C. § 1447(C) AND THE COURTS INHERENT POWERS, AND BARRING ANY FURTHER REMOVAL OF THIS PROCEEDING ABSENT THE PRIOR PERMISSION OF THIS COURT*. Document filed by Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/16/2025) |
| 04/16/2025 | 17 | DECLARATION of JONATHAN T. KOEVARY, ESQ. re: 16 Joinder,, *DECLARATION OF JONATHAN T. KOEVARY, ESQ. ARCH REAL ESTATE HOLDINGS LLCS JOINDER TO JARED CHASSENS ORDER TO SHOW CAUSE SEEKING AN ORDER REMANDING THIS PROCEEDING, AWARDING COSTS AND FEES PURSUANT TO 28 U.S.C. § 1447(C) AND THE COURTS INHERENT POWERS, AND BARRING ANY FURTHER REMOVAL OF THIS PROCEEDING ABSENT THE PRIOR PERMISSION OF THIS COURT*. Document filed by Arch Real Estate Holdings LLC. (Attachments: # 1 Exhibit A).(Koevary, Jonathan) (Entered: 04/16/2025) |
| 04/16/2025 | 18 | AFFIDAVIT OF SERVICE of Letter Motion for Conference served on Jeffrey Simpson on 04/16/2025. Service was made by Mail. Document filed by Eric M. Huebscher..(Bunin, Martin) (Entered: 04/16/2025) |
| 04/16/2025 | 19 | AFFIDAVIT OF SERVICE of Joinder and Declaration in Support served on Robert Lorenc/Jeffrey Simpson on 04/16/2025. Service was made by MAIL. Document filed by Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/16/2025) |
| 04/16/2025 | 20 | NOTICE OF APPEARANCE by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/16/2025) |
| 04/17/2025 | 21 | NOTICE OF APPEARANCE by Leslie C Thorne on behalf of 608941 NJ INC...(Thorne, Leslie) (Entered: 04/17/2025) |

| | | |
|---|---|---|
| 04/17/2025 | 22 | NOTICE OF APPEARANCE by Aishlinn R Bottini on behalf of 608941 NJ INC...(Bottini, Aishlinn) (Entered: 04/17/2025) |
| 04/17/2025 | 23 | LETTER addressed to Judge Laura Taylor Swain from Allen Schwartz dated April 17, 2025 re: Proposed Order to Show Cause. Document filed by Jared Chassen. (Attachments: # 1 Exhibit April 14, 2025 Ex Parte Email to the Honorable Justice Joel M. Cohen).(Schwartz, Allen) (Entered: 04/17/2025) |
| 04/17/2025 | 24 | AFFIDAVIT OF SERVICE of Letter from Allen Schwartz to the Honorable Laura Taylor Swain regarding Proposed Order to Show Cause served on Jeffrey Simpson on April 17, 2025. Service was made by Mail and Email. Document filed by Jared Chassen..(Schwartz, Allen) (Entered: 04/17/2025) |
| 04/18/2025 | 25 | JOINT MOTION to Remand *by Defendant Jared Chassen, Intervenor−Plaintiff 608941 NJ Inc, Nominal Defendant Arch Real Estate Holdings LLC, and Temporary Receiver Eric Huebscher in his capacity as Receiver.*, MOTION for Sanctions ., MOTION for Attorney Fees . Document filed by Jared Chassen..(Schwartz, Allen) (Entered: 04/18/2025) |
| 04/18/2025 | 26 | AFFIDAVIT OF SERVICE of Joint Notice of Motion and Supporting Papers served on Jeffrey Simpson on April 18, 2025. Service was made by Mail and Email. Document filed by Jared Chassen..(Schwartz, Allen) (Entered: 04/18/2025) |
| 04/23/2025 | 27 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/23/2025) |
| 04/24/2025 | 28 | MOTION for Sanctions *AMENDED NOTICE OF ARCH REAL ESTATE HOLDINGS LLCS MOTION FOR SANCTIONS AGAINST JEFFREY SIMPSON AND HIS COUNSEL PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE*. Document filed by Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/24/2025) |
| 04/24/2025 | 29 | MEMORANDUM OF LAW in Support re: 28 MOTION for Sanctions *AMENDED NOTICE OF ARCH REAL ESTATE HOLDINGS LLCS MOTION FOR SANCTIONS AGAINST JEFFREY SIMPSON AND HIS COUNSEL PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE*. . Document filed by Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/24/2025) |
| 04/24/2025 | 30 | DECLARATION of JONATHAN T. KOEVARY, ESQ. in Support re: 28 MOTION for Sanctions *AMENDED NOTICE OF ARCH REAL ESTATE HOLDINGS LLCS MOTION FOR SANCTIONS AGAINST JEFFREY SIMPSON AND HIS COUNSEL PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE*.. Document filed by Arch Real Estate Holdings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(Koevary, Jonathan) (Entered: 04/24/2025) |
| 04/24/2025 | 31 | AFFIDAVIT OF SERVICE of Notice of Motion, Memorandum of Law in Support, Declaration of Jonathan T. Koevary in Support served on Robert Lorenc/Jeffrey Simpson on April 3, 2025. Service was made by MAIL. Document filed by Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/24/2025) |
| 04/24/2025 | 32 | DECLARATION of JONATHAN T. KOEVARY, ESQ. in Support re: 28 MOTION for Sanctions *AMENDED NOTICE OF ARCH REAL ESTATE HOLDINGS LLCS MOTION FOR SANCTIONS AGAINST JEFFREY SIMPSON AND HIS COUNSEL PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE*.. Document filed by Arch Real Estate Holdings LLC. (Attachments: # 1 Exhibit A).(Koevary, Jonathan) (Entered: 04/24/2025) |
| 04/24/2025 | 33 | AFFIDAVIT OF SERVICE of AMENDED MOTION FOR SANCTIONS, MEMORANDUM OF LAW IN SUPPORT, and DECLARATIONS IN SUPPORT served on Robert Lorenc/Jeffrey Simpson on 04/24/2024. Service was made by MAIL. Document filed by Arch Real Estate Holdings LLC..(Koevary, Jonathan) (Entered: 04/24/2025) |
| 04/25/2025 | 34 | ORDER OF DISMISSAL: By order dated March 25, 2025, the Court directed Plaintiff Simpson, within 30 days, to submit a completed request to proceed in forma pauperis ("IFP" or "IFP application") or pay the $405 in fees required to file a civil action in |

| | | |
|---|---|---|
| | | this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff Simpson has not filed an IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court denies all pending motions and requests as moot, and remands this action to the New York Supreme Court, New York County. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order and remanding this action to the New York Supreme Court, New York County. The Court also directs the Clerk of Court to mail a copy of this order and the accompanying judgment to the Clerk of the New York Supreme Court, New York County, at 60 Centre Street, New York, New York 10007. SO ORDERED. (Signed by Judge Laura Taylor Swain on 4/25/2025) (sac) (Entered: 04/25/2025) |
| 04/25/2025 | 35 | CIVIL JUDGMENT: For the reasons stated in the April 25, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. SO ORDERED. (Signed by Judge Laura Taylor Swain on 4/25/2025) (Attachments: # 1 Pro Se Notice of Appeal Instructions) (sac) (Entered: 04/25/2025) |
| 04/25/2025 | | CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the State Court − Supreme Court of the State of New York, County of New York. Sent certified copy of docket entries and remand order. Mailed via UPS Tracking Number 1Z E22 E53 02 1005 156 3 on 4/25/2025. (sac) (Entered: 04/25/2025) |
| 04/25/2025 | | MAILING RECEIPT: Document No: 34,35. Mailed to: JJArchLLC ; Jeffrey Simpson 1055 Park Avenue New York, NY 10028. (sac) (Entered: 04/25/2025) |
| 04/25/2025 | 36 | NOTICE OF APPEAL from 34 Order of Dismissal. Document filed by Jeffrey Simpson. Form D−P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 04/25/2025) |
| 04/25/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 36 Notice of Appeal. (tp) (Entered: 04/25/2025) |
| 04/25/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 36 Notice of Appeal filed by Jeffrey Simpson were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/25/2025) |