UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty-five,

Jeffrey Simpson, individually and derivatively, as managing member of JJ Arch LLC, suing derivatively as managing member of Arch Real Estate Holdings LLC, JJ Arch LLC,

    Plaintiff - Appellants,

v.

Jared Chassen, First Republic Bank, Arch Real Estate Holdings LLC,

    Defendants - Appellees,

608941 NJ INC.,

    Intervenor.

**ORDER**

Docket No. 25-1087

    A notice of appeal was filed on April 25, 2025. The Appellant's Form D-P due May 9, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective June 10, 2025, if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court