**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 20, 2025<br>Docket #: 25-1087<br>Short Title: Simpson v. Chassen | DC Docket #: 1:25-cv-2372<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - Laura Taylor Swain |

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the Appellee's First Republic Bank, Acknowledgment and Notice of Appearance was due on **May 14, 2025**. The Court has not received the Acknowledgment and Notice of Appearance on behalf of Appellee.

If Appellee does not file an Acknowledgment and Notice of Appearance within 21 days of the date of this notice, when the appeal is placed on the calendar Appellee will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8588