25-1087

RECEIVED
2025 JUN -3 AM 10: 24
U.S. COURT OF APPEALS

JJ Arch LLC
15 West 27th Street, 6th Floor
New York, NY 10001

## UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty-five,

Jeffrey Simpson, individually and derivatively, as managing member of JJ Arch LLC, suing derivatively as managing member of Arch Real Estate Holdings LLC, JJ Arch LLC,

    Plaintiff - Appellants,

v.

Jared Chassen, First Republic Bank, Arch Real Estate Holdings LLC,

    Defendants - Appellees,

608941 NJ INC.,

    Intervenor.

**ORDER**

Docket No. 25-1087

A notice of appeal was filed on April 25, 2025. The Appellant's Acknowledgment and Notice of Appearance Form due May 14, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 10, 2025, if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

## UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty-five,

Jeffrey Simpson, individually and derivatively, as managing member of JJ Arch LLC, suing derivatively as managing member of Arch Real Estate Holdings LLC, JJ Arch LLC,

    Plaintiff - Appellants,

v.

Jared Chassen, First Republic Bank, Arch Real Estate Holdings LLC,

    Defendants - Appellees,

608941 NJ INC.,

    Intervenor.

**ORDER**

Docket No. 25-1087

A notice of appeal was filed on April 25, 2025. The Appellant's Form D-P due May 9, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 10, 2025, if the Form D-P is not filed by that date.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____

**CERTIFICATE OF SERVICE***

v.

Docket Number: _____

_____

I, _____, hereby certify under penalty of perjury that
      (print name)

on _____, I served a copy of _____
   (date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_____          _____
Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____ Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____

Appearance for (party/designation): none _____

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
( ) Incorrect. See attached caption page with corrections.

   **Appellate Designation** is:
( ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party                         Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

### RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on_____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name:_____
   OR
Signature of pro se litigant: _____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE | DISTRICT | DOCKET NUMBER |
| | JUDGE | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT |

**Check the applicable provision:**

☐ I am ordering a transcript.

☐ I am not ordering a transcript.

Reason for not ordering a transcript:

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| | |

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# PUBLIC DOCKET FOR

# United States Court of Appeals for the Second Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1087 | **Docketed:** 04/30/2025 |
| **Case Name:** Simpson v. Chassen | **Status:** Open |
| **Nature of Suit:** 3440 CIVIL RIGHTS-Other | |
| **Appeal From:** SDNY (NEW YORK CITY) | |
| **Fee Status:** Paid | |

### Case Type Information

1. Civil
2. Private
3.

### Originating Court Information

**District:** SDNY (NEW YORK CITY): 1:25-cv-2372

**Trial Judge:** Laura Taylor Swain, Chief District Judge

**Date Filed:** 03/20/2025

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 04/25/2025 | 04/25/2025 | 04/25/2025 | 04/28/2025 |

### Associated Cases

### Party and Attorney Listing

| | |
|---|---|
| JEFFREY SIMPSON, individually and derivatively, as managing member of JJ Arch LLC, suing derivatively as managing member of Arch Real Estate Holdings LLC<br>Plaintiff - Appellant | Jeffrey Simpson<br>[Pro Se]<br>1055 Park Avenue<br>New York, NY 10028 |
| JJ ARCH LLC<br>Plaintiff - Appellant | JJ Arch LLC<br>[Pro Se]<br>15 West 27th Street, 6th Floor<br>New York, NY 10001 |

| | |
|---|---|
| JARED CHASSEN<br>Defendant - Appellee | Allen Schwartz, Attorney<br>Direct: 347-460-5379<br>[Retained]<br>Schwartz Law PLLC<br>150 Broadway, Suite 900<br>New York, NY 10038 |
| FIRST REPUBLIC BANK<br>Defendant - Appellee | First Republic Bank<br>[Pro Se]<br>1001 Wilshire Boulevard, 1073<br>Los Angeles, CA 90017 |
| ARCH REAL ESTATE HOLDINGS LLC<br>Defendant - Appellee | Jonathan T. Koevary, -<br>Direct: 212-451-2300<br>[Retained]<br>Olshan Frome Wolosky LLP<br>1325 Avenue of the Americas<br>New York, NY 10019 |
| 608941 NJ INC.<br>Intervenor | Leslie C. Thorne, Partner<br>Direct: 512-867-8445<br>[Retained]<br>Haynes and Boone, LLP<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701 |

Jeffrey Simpson, individually and derivatively, as managing member of JJ Arch LLC, suing derivatively as managing member of Arch Real Estate Holdings LLC, JJ Arch LLC,

       Plaintiff - Appellants,

v.

Jared Chassen, First Republic Bank, Arch Real Estate Holdings LLC,

       Defendants - Appellees,

608941 NJ INC.,

Intervenor.

| Docket | | LEGEND:<br>(R) - Restricted Document<br>(L) - Locked Document |
|---|---|---|
| **Date Filed** | **Entry #** | **Public Docket Text** |
| 04/28/2025 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Jeffrey Simpson, JJ Arch LLC, FILED. [Entered: 04/30/2025 01:08 PM] |
| 04/28/2025 | 2 | DISTRICT COURT ORDER OF DISMISSAL, dated 04/25/2025, RECEIVED. [Entered: 04/30/2025 01:11 PM] |
| 04/28/2025 | 3 | DISTRICT COURT CIVIL JUDGMENT, dated 04/25/2025, RECEIVED. [Entered: 04/30/2025 01:13 PM] |
| 04/28/2025 | 4 | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 04/30/2025 01:16 PM] |
| 04/30/2025 | 5 | CIVIL APPEAL, on behalf of Appellant Jeffrey Simpson, JJ Arch LLC, received on 04/28/2025, OPENED. [Entered: 04/30/2025 01:20 PM] |
| 04/30/2025 | 6 | NON-ADMITTED ATTORNEY, Jonathan T. Koevary, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 04/30/2025 01:51 PM] |
| 04/30/2025 | 7 | NON-ADMITTED ATTORNEY, Leslie C. Thorne, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 04/30/2025 01:53 PM] |
| 04/30/2025 | 8 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT. [Entered: 04/30/2025 01:58 PM] |
| 04/30/2025 | 9 | NOTICE, to JJ Arch LLC and First Republic Bank, regarding a corporation proceeding Pro Se, and requesting a response 30 days from the date of this letter, SENT. [Entered: 04/30/2025 02:03 PM] |
| 05/05/2025 | 10 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Jeffrey Simpson, JJ Arch LLC, district court receipt # 39587, FILED. [Entered: 05/05/2025 05:40 PM] |
| 05/09/2025 | 11 | UNDELIVERABLE MAIL, for Appellant JJ Arch LLC to USCA from USPS, received on 05/09/2025, RECEIVED. [Entered: 05/12/2025 10:36 AM] |
| 05/12/2025 | 12 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Arch Real Estate Holdings LLC, FILED. Service date 05/12/2025 by ACMS. [Entered: 05/12/2025 11:22 AM] |
| 05/13/2025 | 13 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Not Applicable 608941 NJ INC., FILED. Service date 05/13/2025 by ACMS. [Entered: 05/13/2025 04:26 PM] |
| 05/14/2025 | 14 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Jared Chassen, FILED. Service date 05/14/2025 by ACMS. [Entered: 05/14/2025 11:05 PM] |

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 05/20/2025 | 15 | ORDER, dated 05/20/2025, dismissing appeal by 06/10/2025, unless Appellant Jeffrey Simpson, Appellant JJ Arch LLC, submits form D-P, copy to pro se appellants, FILED [Entered: 05/20/2025 09:05 AM] |
| 05/20/2025 | 16 | ORDER, dated 05/20/2025, dismissing appeal by 06/10/2025, unless Appellant Jeffrey Simpson, Appellant JJ Arch LLC, submits Acknowledgment and Notice of Appearance Form, copy to pro se appellants, FILED [Entered: 05/20/2025 09:10 AM] |
| 05/20/2025 | 17 | NOTICE, to Appellee First Republic Bank,, for failure to file an appearance, SENT. |

*Docket as of 5/20/2025 9:16 AM*

**CLERK'S OFFICE**
**UNITED STATES COURT OF APPEALS**
UNITED STATES COURT HOUSE
FOLEY SQUARE
NEW YORK, N.Y. 10007

RECEIVED
2025 JUN -3 AM 10:24
US COURT OF APPEALS

quadient
FIRST-CLASS MAIL
$002.04 9
05/20/2025 ZIP 10007
043M31254 58
US POSTAGE

NIXIE 081 GE 1 SCD 0005/28/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 10007 1501
9650M1482331-002503